**Motion Granted; Order filed March 21, 2013**



In The

# Fourteenth Court of Appeals

————————

NO. 14-12-00419-CV

————————

**GEORGA A. MORAN, JR AND SUSAN K., MORAN, Appellants**

**V.**

**MEMORIAL POINT PROPERTY OWNERS ASSOCIATION, INC,**
**Appellee**

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Court Cause No. CIV 24596**

## ORDER

On February 8, 2013, appellants filed a motion to clarify this court's earlier order to digitize exhibits. As of November 1, 2010, all reporter's records, including exhibits, filed in this court are required to be filed in electronic format. 14th Court of Appeals Loc. Rule 3. Appellants motion is granted; appellants may check out the original hard copy exhibits to faciliate conversion into an electronic format. The costs of electronic conversion shall be included as costs of the appeal to be assessed at the time the appeal is decided. The electronic record is due on or before **April 22, 2013.**

PER CURIAM